UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

**United States of America,**

                              **Plaintiff,**

                **-v-**                         **7:12-CV-477 (NAM/DEP)**

**James A. Tyo, Jr.**

                              **Defendant.**

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

APPEARANCES:

Overton, Russell, Doerr & Donovan, LLP
Linda L. Donovan, Esq., of counsel
Melissa M. Tobrocke, Esq., of counsel
19 Halfmoon Executive Park Drive
Clifton Park, New York 12065
Attorney for Plaintiff

**Hon. Norman A. Mordue, U.S. District Judge:**

### MEMORANDUM-DECISION AND ORDER

     The United States of America moves (Dkt. No. 7) for default judgment in this action to recover monies owed by defendant on a student loan. On May 1, 2012, the Government obtained a Clerk's Entry of Default (Dkt. No. 6). The complaint and attachments establish the amount due and defendant's nonpayment. Plaintiff also submits a supplemental affirmation in support of its assertion that defendant is not in the United States military. Plaintiff has demonstrated its entitlement to the relief sought.

     It is therefore

     ORDERED that plaintiff is awarded default judgment in the sum of $1,800.82 plus interest through April 6, 2012 in the sum of $243.68, for a total of $2,044.50, plus additional

accrued interest at 3.16% per annum from April 6, 2012 to the date of entry of the judgment, plus $25, the cost of service of process.

    IT IS SO ORDERED.

Date: February 20, 2013
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge