# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **DEFAULT JUDGMENT IN A CIVIL CASE**

**United States of America**
        Plaintiff
vs.                        CASE NUMBER: 7:12-CV-477 (NAM/DEP)

**James A. Tyo, Jr.**
        Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for default judgment is GRANTED, plaintiff is awarded Default Judgment in the sum of $1,800.82 plus interest through April 6, 2012 in the sum of $243.68 for a total of $2,044.50, plus additional accrued interest at 3.16% per annum from April 6, 2012 to the date of entry of the judgment, plus $25.00 for service of process costs.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 20th day of February, 2013.

DATED: February 20, 2013

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk